**Order entered February 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01498-CV

### IN RE FISHER & PAYKEL APPLIANCES, INC., Relator

### Original Proceeding from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-00175

## ORDER

The Court has before it the motion for rehearing filed by Relator, Fisher & Paykel Appliances, Inc. The Court **DENIES** the motion for rehearing.

/s/    DAVID EVANS
         JUSTICE